| | |
|---|---|
| 1 | Edwin F. McPherson – State Bar No. 106084 |
|   | emcpherson@m-klaw.com |
| 2 | Tracy B. Rane – State Bar No. 192959 |
|   | trane@m-klaw.com |
| 3 | **McPHERSON & ASSOCIATES** |
|   | 1801 Century Park East |
| 4 | 24th Floor |
|   | Los Angeles, CA 90067 |
| 5 | Tel:(310)553-8833               E-FILED 07/18/08 |
|   | Fax:(310)553-9233 |
| 6 | |
| 7 | Attorneys for Plaintiff VERNE TROYER |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNE TROYER, an individual, | CASE NO. CV 08-04233 PSG (JWJx) |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER RE: STIPULATION FOR DISMISSAL AND PERMANENT INJUNCTION |
| TMZ PRODUCTIONS, INC., a California corporation; SUGAR DVD, a California corporation; KEVIN BLATT, an individual, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Upon consideration of the Stipulation for Dismissal without Prejudice and Permanent Injunction between Plaintiff Verne Troyer (hereinafter "Troyer") and Defendant Kevin Blatt (hereinafter "Blatt"), and for GOOD CAUSE SHOWN;

IT IS HEREBY ORDERED, adjudged, and decreed as follows:

**1.   Jurisdiction**

This Court has jurisdiction over the parties to this action, and has jurisdiction over the subject matter hereof. The jurisdiction of this Court shall be retained for the purposes of enforcing this Order;

**2.   Dismissal**

Defendant Kevin Blatt is hereby dismissed from this litigation with prejudice;

**3.   Permanent Injunction**

Defendant Blatt, and his agents, managers, publicists, employees, subsidiaries, officers, directors, representatives, attorneys, successors, assigns, and anyone acting in concert with him, shall be permanently restrained from:

(a)   Selling, attempting to sell, causing to be sold, assisting any other individual or entity to sell, copying, reproducing, preparing derivative works, publishing, disseminating, distributing, circulating, promoting, marketing, and advertising the Videotape;

(b)   Selling, attempting to sell, causing to be sold, assisting any other individual or entity to sell, copying, reproducing, preparing derivative works, publishing, disseminating, distributing, circulating, promoting, marketing, and advertising of still photographs or images from the Videotape, captured images from the Videotape displayed on the Internet or any other medium, and/or any downloaded hard copies of images from the Videotape;

(c)   Selling, attempting to sell, causing to be sold, assisting any other individual or entity to sell, copying, reproducing, preparing derivative works, publishing, disseminating, distributing, circulating, promoting, marketing, and advertising of all advertising, promotional material, or packaging referring to the Videotape;

(d)   Taking orders for copies of the Videotape through the Internet or any other means;

(e)   Shipping copies of the Videotape to those purchasers who already have placed orders for copies of the Videotape, or to anyone else;

(f)   Using Verne Troyer's name, likeness or identity, in any manner whatsoever, on or in any products, merchandise, or goods, or for purposes of advertising or selling, or soliciting purchases of, products, merchandise, goods or services, of any

nature or of any kind;

**4.** **Costs and Attorneys' Fees**

Each Party shall bear its own costs and attorneys' fees;

**5.** **Service**

The Order shall be deemed to have been served upon Blatt at the time of its execution by this Court.

DATED: July 18, 2008

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE